UNITED STATES TRUST COMPANY, A CORPORATION, *Plaintiff in Error*, v. BOARD OF PUBLIC INSTRUCTION ALACHUA COUNTY, FLORIDA, A BODY CORPORATE, *Defendant in Error*.

Opinion Filed February 23, 1923.

A Writ of Error to the Circuit Court for Alachua County; W. W. Hampton, Referee.

*E. G. Baxter* and *Giles Patterson,* for Plaintiff in Error;

*C. R. Layton* and *T. B. Ellis, Jr.,* for Defendant in Error.

PER CURIAM.—Judgment for Plaintiff.   Defendant took writ of error.

In an action to recover for breach of contract it is alleged that a check was delivered to plaintiff by the defen-

dant, which check is set out in full in the declaration and shows an endorsement thereon making it payable to the order of the plaintiff ''in accordance with bid of U. S. Trust Co. for Alachua School Bonds'' and it is not alleged what were the terms of the bid or that facts existed which made the check payable or forfeitable ''in accordance with the bid.'' The demurrer to the declaration should have been sustained. The proofs are inadequate to sustain the judgment.

Reversed.

TAYLOR, C. J., AND WHITFIELD, ELLIS, BROWNE AND WEST, J. J., concur.